IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN DENNIS YOUNG,
    Plaintiff,

v.                                        CASE NO. 4:08cv44-SPM/WCS

WALTER MCNEIL,
    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 3, 2008 (doc. 20).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 20) is ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's motion for emergency action (doc. 19) is denied.

    3.    This case is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 6th day of January, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge