IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN DENNIS YOUNG,

    Plaintiff,

v.                        CASE NO. 4:08cv44-SPM/WCS

WALTER A. MCNEIL,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation (doc. 34) dated June 11, 2009. Plaintiff has filed an objection (doc. 35) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the objection, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 34) is ADOPTED and incorporated by reference in this order.

    2.    Defendant's motion for summary judgment (doc. 26) is granted on the merits of all of Plaintiff's claims.

3.  The clerk shall enter judgment accordingly and close this case.

DONE AND ORDERED this 13th day of July, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge